IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL BRODZINSKI : 
: CIVIL ACTION
v. : 
: NO. 16-6125
STATE FARM FIRE AND CASUALTY : 
COMPANY : 

**O R D E R**

**AND NOW**, this  25th  day of    August  , 2017, upon consideration of the Motion for Partial Summary Judgment of Defendant State Farm Fire and Casualty Company (ECF No. 13), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of Defendant State Farm Fire and Casualty Company and against Plaintiff Darryl Brodzinski with respect to Count II of the Complaint.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**